*[Handwritten at top left:]* off MARTIN  860-794-6069  548-1300

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE, CLERK

TEL. NO. 579-5861
(AREA CODE 203)

*11-17-03*

VICTORIA C. MINOR, CHIEF DEPUTY CLERK

CHRYSTINE CODY, DEPUTY-IN-CHARGE BRIDGEPORT

*[Stamp:]* United States District Court, District of Connecticut, FILED AT BRIDGEPORT  11-17-03  Kevin F. Rowe  Deputy: C. Brodsky

Re: Case Name: *Russo v Hines*
    Number: *3:01 CV 517 JCH*

Dear Attorney:

As the above matter has been disposed of in this court we are returning/*destroying* plaintiff's/defendant's exhibits.   *PER ATTY MARTIN 11-17-03*

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation

Sincerely,

Kevin F. Rowe, Clerk

BY *C. Brodsky*

Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____