# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

*[handwritten: 01CV1517ACK REC filed 2-4-04 Bpt. C. Boroskey]*

January 9, 2004

Vlad Gerard Spitzer
Huma Khan
Spitzer & Brey
239 Main Street
Westport, CT 06880

    Re: Case Name: Russo, et al v Hines Interests
                   Russo, et al v 225 High Ridge LLC
    Number: 3:01cv1517JCH
                 3:02cv1028JCH

Dear Attorneys:

As the above matter has been disposed of in this court and you have been notified by telephone to arrange to pick up your exhibits and have not responded:

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M., at (203) 579-5600 to arrange for these exhibits to be picked up

If they are not picked up by February 2, 2004, they will be destroyed pursuant to Local Rule 83.6(e).

Please sign and return the enclosed copy of this letter.

Thank you for your cooperation.

                        Sincerely,
                        Kevin F. Rowe, Clerk

                BY _____
                        Cathy Boroskey
                        Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____

*[handwritten: exhibits destroyed on 2-4-04]*